Lauren E. Tate – 124483
Tate & Associates
1321 Eighth Street, Suite 4
Berkeley, CA 94710
Tel: (510) 525-5100
Fax: (510) 525-5130

Attorneys for Trans Union LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS OLMOS GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INC.; TRANSUNION CORP. and DOES 1-50,<br><br>Defendants. | Case No.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC, ("Trans Union") hereby removes the subject action from the Superior Court of California, Santa Clara County, to the United States District Court for the Northern District of California, on the following grounds:

1. Plaintiff Carlos Olmos Gonzalez served Trans Union on or about May 25, 2016, with a Summons, Complaint For Damages, Alternative Dispute Resolution Information Sheet and Civil Lawsuit Notice filed in the Superior Court of California, Santa Clara County, Copies of the Summons, Complaint for Damages, Alternative Dispute Resolution Information Sheet and Civil Lawsuit Notice are attached hereto as Exhibit A through Exhibit D, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 26 - 32.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of California, Santa Clara County, to the United States District Court for the Northern District of California.

5. To the best of Trans Union's knowledge, the other named Defendant in this matter has not been served as of the date and time of this Notice Of Removal. Trans Union has confirmed with the Clerk of the Superior Court of California, Santa Clara County, both online and by telephone, that they have no document or file suggesting any other Defendant has been served.

6. Notice of this removal will promptly be filed with the Superior Court of California, Santa Clara County, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of California, Santa Clara County, to this United States District Court, Northern District of California.

Respectfully submitted,

Dated: June 1, 2016

*s/    Lauren E. Tate*
Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone: (510) 525-5100
Fax: (510) 525-5130
E-Mail: ltate@tateandassociates-law.com

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. My business address is 1321 Eighth Street, Suite 4, Berkeley, California 94710. On the date indicated below, I served the following document(s):

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

upon the following at the address(es) stated below:

Alexander S. Rusnak
Law Office of Alexander S. Rusnak
95 S. Market Street, Suite 300
San Jose, CA 95113

X **BY MAIL** by depositing true and correct copies in sealed envelopes in the United States Mail in accordance with the usual mailing practice of this firm.

_ **BY PERSONAL SERVICE** in accordance with ordinary business practices during ordinary business hours.

_ **BY FAX** at number listed. Said copies were placed for transmission by this firm's facsimile machine transmitting from (510) 525-5130, Berkeley, California. The record of the transmission was properly issued by the transmitting fax machine.

_ **BY UPS** overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 1, 2016, at Berkeley, California.

_____
Melanie DeGiovanni