Alexander S. Rusnak (CSB # 300054)
Law Office of Alexander S. Rusnak
95 S. Market Street, Suite 300
San Jose, CA 95113
(408) 780-9835 (Phone)
(408) 351-0114 (Fax)
arusnak@rusnaklawoffice.com
Attorney for Carlos Olmos Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS OLMOS GONZALEZ,<br>            Plaintiff,<br>vs.<br>EQUIFAX INC.; TRANSUNION CORP.;<br>and DOES 1-50<br>            Defendants | Case No.: 5:16-CV-02932-LKH<br><br>STIPULATION FOR FILING OF AMENDED COMPLAINT AND SUBSTITUTION OF PARTIES AND [PROPOSED] ORDER SUBSTITUTING PARTIES |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

　　　FURTHER, IT IS HERBY STIPULATED by and between the parties hereto that EQUIFAX INC. is no longer a party to this action as

STIPULATION FOR FILING OF AMENDED COMPLAINT AND SUBSTITUTION OF PARTIES
AND [PROPOSED] ORDER SUBSTITUTING PARTIES
1

EQUIFAX INFORMATION SERVICES, LLC is substituted as a party to this action in place of EQUIFAX INC.

Defendant Equifax Information Services, LLC hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

Dated: August 17, 2016         /s/ Alexander S. Rusnak
                               Alexander S. Rusnak
                               Counsel for Plaintiff, Carlos
                               O. Gonzalez

Dated: August 17, 2016         /s/ Thomas P. Quinn, Jr.
                               Thomas P. Quinn, Jr.
                               Counsel for Defendants,
                               Equifax Inc. and Equifax
                               Information Services, LLC.

Dated: August 17, 2016         /s/ Christopher A. Fergusson
                               Christopher A. Fergusson
                               Counsel for Defendant Trans
                               Union, LLC

1
2
3                                    ORDER
4
5
6      IT IS SO ORDERED.
7
8      DATED:
9
10
11
12
13     _____
14     United States District Judge
15
...
28
STIPULATION FOR FILING OF AMENDED COMPLAINT AND SUBSTITUTION OF PARTIES
AND [PROPOSED] ORDER SUBSTITUTING PARTIES
3