Alexander S. Rusnak (CSB # 300054)
Law Office of Alexander S. Rusnak
95 S. Market Street, Suite 300
San Jose, CA 95113
(408) 780-9835 (Phone)
(408) 351-0114 (Fax)
arusnak@rusnaklawoffice.com
Attorney for Carlos Olmos Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS OLMOS GONZALEZ,<br>           Plaintiff,<br>vs.<br>Equifax Information Services, LLC, et al.<br>           Defendants. | Case No.: 5:16-CV-02932-LKH<br><br>STIPULATION OF DISMISSAL |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety against all remaining defendants, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to FRCP 41(a)(1).

STIPULATION OF DISMISSAL - 1

1
2
3
4   DATE: November 21, 2016          /s/ Alexander S. Rusnak
5                                    _____
                                     Alexander S. Rusnak
6                                    Attorney for Plaintiff
                                     Carlos Olmos Gonzalez
7
8
9   DATE:   November 21, 2016        /s/ Thomas P. Quinn
10                                   _____
                                     Thomas P. Quinn
11                                   Attorney for Defendant
                                     Equifax Information Services,
12                                   LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28